UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTOR J. TONER,
                        Plaintiff,

                        21 Civ. 4058 (LGS)

          -against-

                        ORDER

ROMEO POWER, INC., ET AL.,

                      Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on May 7, 2021, multiple movants filed motions to consolidate the above-captioned case with *Nichols v. Romeo Power Inc., et al.*, No. 21 Civ. 3362, and to appoint lead plaintiff(s) in *Nichols v. Romeo Power Inc., et al*.  It is hereby

      ORDERED that any party seeking to respond to the motions shall file a response by **June 28, 2021**.  Any party seeking to be appointed as lead plaintiff shall specify the losses they sustained under the last-in, first-out method of calculation in their response.  It is further

      ORDERED that the initial conference scheduled for **July 15, 2021, at 10:50 a.m.** will take place on the **conference line 888-363-4749 using access code 5583333**.  The purpose of the conference is to decide whether to consolidate the related cases, to appoint lead counsel, to set a date for the filing of any consolidated complaint and to set a briefing schedule for any motion to dismiss.

Dated: June 16, 2021
       New York, New York

                                           LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE